# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| WILLIAM DUN, Individually and as the PERSONAL REPRESENTATIVE OF THE ESTATE OF IRMADEL DUN, IRENE DUN, SHERYL DUN, PAT RUGGIERI, and DORA MENGEL, <br><br> Plaintiffs, <br> v. <br><br> TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, F/K/A MONUMENTAL LIFE INSURANCE COMPANY, F/K/A PEOPLES BENEFIT LIFE INSURANCE COMPANY, and DOES I-V, <br><br> Defendant. | No. CV-16-23-BU-BMM <br><br> **ORDER** |

Pursuant to the Unopposed Motion to Hold Preliminary Pretrial Conference by Conference Call (Doc. 14), **IT IS HEREBY ORDERED** that the preliminary pretrial conference set for February 16, 2017, at 1:30 p.m. in Great Falls, MT, shall be held by telephone. The Court will contact the parties with the call-in information.

DATED this 9th day of February, 2017.

Brian Morris
United States District Court Judge