# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| WILLIAM DUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICAN PREMIER LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | CV 16-23-BU-BMM<br><br>**ORDER** |

Plaintiff has moved for admission of S. Micha Salb (Mr. Salb), (Doc. 57), to practice before this Court in this case with Daniel P. Buckley of Buckley Law Office, P.C. and Lawrence Anderson, Anderson Law Office to act as local counsel. Mr. Salb's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Salb to appear on their behalf (Doc. 57) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Buckley and Mr. Anderson, will be designated as lead counsel or as co-lead counsel with Mr. Salb. Mr. Salb must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Ms. Buckley and Mr. Anderson, shall also sign such pleadings, motions and briefs and

other documents served or filed.

2. Admission is not granted until Mr. Salb, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Salb.

DATED this 3rd day of October, 2018.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge